UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| GERALD DICKENS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, Acting Commissioner ) <br> of Social Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 4:17-CV-28-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) and remands the case to the Commissioner for further proceedings.

**This Judgment Filed and Entered on November 27, 2017, and Copies To:**
Charlotte Williams Hall                    (via CM/ECF electronic notification)
Kaba-Kabi A. Kazadi                        (via CM/ECF electronic notification)

DATE:                                       PETER A. MOORE, JR., CLERK
November 27, 2017                           (By) /s/ Nicole Briggeman
                                             Deputy Clerk