IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civ. No. 4:17-CV-00028-D

| GERALD DICKENS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION FOR |
| | ) | PAYMENT OF ATTORNEY FEES |
| v. | ) | UNDER THE EQUAL ACCESS |
| | ) | TO JUSTICE ACT |
| NANCY A. BERRYHILL, | ) | |
| ACTING COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $4,180.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charlotte W. Hall, and mailed to her office at P.O. Box 10629, Raleigh, NC 27605, in accordance with Plaintiff's assignment to his attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED. This __10__ day of February 2018,

JAMES C. DEVER III
Chief United States District Judge